```
FILED
March 17, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>STEVE HAWKINS, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　　　　　)  | Case No. 2:11-MJ-00078-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEVE HAWKINS</u>, Case No. <u>2:11-MJ-00078-DAD</u>, Charge <u>18 USC §§ 1344; 1028A & 2</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__   Release on Personal Recognizance

　　　✔   Bail Posted in the Sum of $<u>50,000 (co-signed)</u>

　　　　　✔   Unsecured Appearance Bond

　　　　　__   Appearance Bond with 10% Deposit

　　　　　__   Appearance Bond with Surety

　　　　　__   Corporate Surety Bail Bond

　　　　　✔   (Other)   <u>With pretrial supervision and conditions of release as</u>

　　　　　　　　　　　　<u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 17, 2011</u> at   <u>11:05</u>   am.

　　　　　　　　　　　　　　　　　　　　By  <u>/s/ Dale A. Drozd</u>
　　　　　　　　　　　　　　　　　　　　　　Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge